IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DON MCMASTER,
Individually and on Behalf of
the ESTATE OF DEBRA WYNNE
MCMASTER and His Minor Children,
A.C.M. and E.C.M                                                                                    PLAINTIFF

V.                                        CASE NO. 12-CV-4146

UNITED STATES OF AMERICA                                                              DEFENDANT

## ORDER

      Before the Court is Plaintiff's Motion to Substitute Party.  ECF No. 25.  Jerry Don McMaster, on behalf of his minor child A.C.M., states that his daughter, Alyssa Claire McMaster ("A.C.M."), has reached the age of majority.  Accordingly, Mr. McMaster moves the Court to substitute Alyssa Claire McMaster in her own right as a plaintiff in this case.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Alyssa Claire McMaster is substituted as a plaintiff in this case.

      **IT IS SO ORDERED**, this 7th day of April, 2015.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge